UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CUNNINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY SHERIFF'S OFFICE, et al.,<br><br>Defendants. | No.  2:23-cv-0896 KJN P<br><br>ORDER AND FINDINGS & RECOMMENDATIONS |

By order filed December 8, 2023, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date have passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 22, 2024

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cunn0896.fta